IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KRISTI MANCUSO,**           )<br>                               )<br>         **Plaintiff,**      )<br>                               )<br>v.                             )<br>                               )<br>**LELAND DUDEK, Acting**       )<br>**Commissioner of the Social** )<br>**Security Administration,**   )<br>                               )<br>         **Defendant.**      ) | Case No. CIV-24-361-SPS |

## OPINION AND ORDER AWARDING
## ATTORNEY'S FEES TO THE PLAINTIFF UNDER THE EAJA

Plaintiff Kristi Mancuso, was the prevailing party in this action under the Social Security Act following an Order by this Court entered on January 29, 2025, remanding the case to the Defendant for further administrative action. (Doc. 15). The parties have filed a Stipulated Motion for Attorney Fees in the amount of $7,800.00. (Doc. 18).

Upon review of the record herein, the Court finds that the agreed amount is reasonable and that the Commissioner should be ordered to pay it to the Plaintiff as the prevailing party herein. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort)[.]"); *see also Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) ("The EAJA therefore permits attorney's fees reimbursement to financially eligible prevailing parties, who make a proper application, and not to their attorneys.").

Accordingly, IT IS ORDERED that the Stipulated Motion for Award of Attorney Fees Pursuant to the *Equal Access to Justice Act* (Doc. 18), is hereby GRANTED, and the Government is hereby ordered to pay the agreed-upon $7,800.00 fee award to the Plaintiff as the prevailing party herein. IT IS FURTHER ORDERED that if the Plaintiff's attorney is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b)(1), said attorney shall refund the smaller amount of such fees to the Plaintiff pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED this 26th day of March, 2025.**

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**